UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST; PAINTERS VACATION TRUST; PAINTERS JOINT COMMITTEE; PAINTERS JOINT APPRENTICESHIP TRAINING COMMITTEE; PAINTERS INDUSTRY PROMOTION FUND; PAINTERS JOINT COMMITTEE INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; PAINTERS LABOR MANAGEMENT COOPERATION COMMITTEE; PAINTERS LABOR MANAGEMENT COOPERATION INCENTIVE; PAINTERS HEALTH AND SAFETY AND UPGRADE TRAINING AWARD PROGRAM, each acting by and through their designated fiduciaries John Smirk and/or Thomas Pfundstein; and the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION TRUST FUND, acting by and through its designated fiduciary Gary J. Meyers, <br><br> Plaintiffs, <br><br> vs. <br><br> RIGGIO BROTHERS CONSTRUCTION, INC., a Nevada Corporation; BIONE D. RIGGIO, an individual; WESTERN SURETY COMPANY, a corporation qualified to act as surety in the State of Nevada; JOHN DOES I-XX, inclusive; ROE ENTITIES I-XX, <br><br> Defendants. | Case No. 2:09-cv-01831-KJD-PAL <br><br> ORDER GRANTING DEFENDANT/ CROSSCLAIMANT/COUNTER-CLAIMANT/THIRD PARTY PLAINTIFF WESTERN SURETY COMPANY'S MOTION TO: (1) EXONERATE BOND, (2) DISCHARGE WESTERN SURETY COMPANY, (3) DISMISS WITH PREJUDICE WESTERN SURETY COMPANY, (4) REIMBURSE WESTERN SURETY FOR COSTS OF INTERPLEADER AND (5) DISMISS BOND CLAIMANT DEFENDANT AHERN RENTALS, INC. FOR FAILING TO APPEAR |

808955.1 5303.358

| | |
|---|---|
| 1 | WESTERN SURETY COMPANY, a South Dakota corporation, |
| 2 | |
| 3 | Cross-Claimant, |
| 4 | vs. |
| 5 | RIGGIO BROTHERS CONSTRUCTION, INC., a Nevada corporation; BIONE D. RIGGIO, an individual, |
| 6 | |
| 7 | Cross-Defendants. |
| 8 | WESTERN SURETY COMPANY, a South Dakota corporation, |
| 9 | Counterclaimant, |
| 10 | vs. |
| 11 | EMPLOYEE PAINTERS TRUST; PAINTERS VACATION TRUST; PAINTERS JOINT COMMITTEE; PAINTERS JOINT APPRENTICESHIP TRAINING COMMITTEE; PAINTERS INDUSTRY PROMOTION FUND; PAINTERS JOINT COMMITTEE INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; PAINTERS LABOR MANAGEMENT COOPERATION COMMITTEE; PAINTERS LABOR MANAGEMENT COOPERATION INCENTIVE; PAINTERS HEALTH AND SAFETY AND UPGRADE TRAINING AWARD PROGRAM, each acting by and through their designated fiduciaries John Smirk and/or Thomas Pfundstein; and the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION TRUST FUND, acting by and through its designated fiduciary Gary J. Meyers, |
| 21 | |
| 22 | Counterdefendants. |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

WESTERN SURETY COMPANY, a South Dakota corporation,

        Third Party Plaintiff,

vs.

AHERN RENTALS, INC., a Nevada Corporation; PAHOR MECHANICAL CONTRACTORS, INC., a Nevada Corporation; SOUTHWEST CARPENTERS TRUST FUND, a Nevada trust;

        Third Party Defendants.

## ORDER

The matter of Defendant/Crossclaimant/Counterclaimant/Third Party Plaintiff Western Surety Company's Motion to: (1) Exonerate Bond, (2) Discharge Western Surety Company, (3) Dismiss with Prejudice Western Surety Company, (4) Reimburse Western Surety for Costs of Interpleader and (5) Dismiss Bond Claimant Defendant Ahern Rentals, Inc. for Failing to Appear [Doc #85] and Plaintiffs' Notice of Non-Opposition to Western's Motion [#86] having come before this Court and this Court having reviewed and considered all pleadings filed herein does hereby order the following:

**IT IS ORDERED** that Bond No. 69898790, issued by Western Surety Company on behalf of Riggio Brothers Construction, Inc. and Bione D. Riggio is hereby exonerated.

**IT IS FURTHER ORDERED** that Western Surety Company is hereby discharged from all liability arising from or relating to Bond No. 69898790.

**IT IS FURTHER ORDERED** that Defendant/Crossclaimant/Counterclaimant/Third Party Plaintiff Western Surety Company is hereby dismissed with prejudice from this Action.

**IT IS FURTHER ORDERED** that the claim of Bond Claimant and Third Party Defendant Ahern Rentals, Inc. is hereby dismissed, with prejudice, and, upon entry of this Order, Ahern Rentals, Inc. shall no longer have any right to assert a claim to the bond proceeds on deposit with the Court.

///

///

1  **IT IS FURTHER ORDERED** that Western Surety Company shall be reimbursed from
2  the Bond Funds on deposit with the Clerk of the Court for costs in the amount of $382.61.

4  DATED: March 17, 2011.

_____
HON. KENT J. DAWSON
United States District Court Judge

9  Prepared and Submitted by:

Anderson, McPharlin & Conners LLP
Janiece S. Marshall, Esq., NV Bar No. 4686
777 North Rainbow Blvd., Suite 145
Las Vegas, NV 89107
Telephone: (702) 479-1010
Attorneys for Defendant/Crossclaimant/
Counterclaimant/Third Party Plaintiff
Western Surety Company

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

808955.1 5303.358

4