USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EMPLOYEE PAINTERS WELFARE TRUST, et al. | 2:09-CV-01831-KJD-PAL |
| DEFENDANT | TYPE OF PROCESS |
| OAKVIEW CONSTRUCTION INC., et al., | Writ of Execution/Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
530 Las Vegas Blvd South Las Vegas, NV 89101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Wesley J. Smith, Esq.
Christensen James & Martin
7440 W. Sahara Ave.
Las Vegas, NV 89117

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Wells Fargo Bank Accounts for Oakview Construction Inc., at least including Checking Account #5586545435 and Savings Account #1635789116, as well as other accounts pertaining to Oakview Construction.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (702) 255-1718
DATE: 11/15/12

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 048 | 048 | Brannan | 11/21/12 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Rose Garcia - Branch Mgr

Address *(complete only different than shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11/30/12
Time: 10:00 [X] am [ ] pm
Signature of U.S. Marshal or Deputy 3069

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $5 check # 18063
1 HR - 1.2 miles (Roundtrip)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

CHRISTENSEN JAMES & MARTIN
Kevin B. Christensen, Esq.
Nevada Bar No. 000175
Daryl E. Martin, Esq.
Nevada Bar No. 006735
Wesley J. Smith. Esq.
Nevada Bar No. 011871
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel.: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST; PAINTERS VACATION TRUST; PAINTERS JOINT COMMITTEE; PAINTERS JOINT APPRENTICESHIP TRAINING COMMITTEE; PAINTERS INDUSTRY PROMOTION FUND; PAINTERS JOINT COMMITTEE INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; PAINTERS LABOR MANAGEMENT COOPERATION COMMITTEE; PAINTERS LABOR MANAGEMENT COOPERATION INCENTIVE; PAINTERS HEALTH AND SAFETY AND UPGRADE TRAINING AWARD PROGRAM, each acting by and through their designated fiduciaries John Smirk and/or Thomas Pfundstein; and the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION TRUST FUND, acting by and through its designated fiduciary Gary J. Meyers, | Case No.: 2:09-CV-01831-KJD-PAL<br><br>**WRIT OF GARNISHMENT** |

Plaintiffs,

v.

RIGGIO BROTHERS CONSTRUCTION, INC., a Nevada corporation; OAKVIEW CONSTRUCTION, INC., an Iowa corporation; DUNRITE CONSTRUCTION, INC., a Nevada corporation; RAFAEL CONSTRUCTION, INC.,,a Nevada corporation; TRADE WEST CONSTRUCTION, INC., a Nevada corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington corporation; JOHN DOES I-XX, inclusive; ROE ENTITIES I-XX inclusive,

Defendants.

1
2  To:    Wells Fargo Bank, NA,:
3          YOU ARE HEREBY NOTIFIED that you are attached as garnishee in the above-entitled
4  action and you are commanded not to pay any debt due from yourself to the said, <u>Oakview</u>
5  <u>Construction Inc.</u>, defendants, and that you must retain possession and control of all personal
6  property, money, credits, debts, and effects and choses in action of said defendants, or any of
7  them in order that the same may be dealt with according to law: where the amount you should
8  retain shall be used in accordance with 15 U.S.C 1673 and Nevada Revised Statutes 31.295.
9  Plaintiffs are informed that Oakview has accounts at Wells Fargo, including but not limited to
10 accounts #1635789116 and #5586545435. *See* Exhibit 1.
11         YOU ARE REQUIRED to answer the interrogatories attached hereto within twenty days
12 from date of such service.  Plaintiff states that he/she has good reason to believe, and does
13 believe that you have property, money, goods, and chattels, credits, or effects, in your hands and
14 under your custody and control belonging to said defendants of value of <u>**$52,010.62**</u>.  In case of
15 your failure within the time afore said to answer the interrogatories, a judgment by default in the
16 amount demanded may be entered against you.
17         YOU ARE FURTHER REQUIRED to serve a copy of your answers to the Writ of
18 Garnishment on Plaintiffs' attorney whose address appears below.  Any checks issued in relation
19 to this case shall be made payable to: **Christensen James & Martin** and shall be delivered to
20 Wesley J. Smith, Esq. at 7440 W Sahara Ave., Las Vegas, Nevada 89117.
21 CHRISTENSEN JAMES & MARTIN            Gary D. Orton, United States Marshal
22 By: /s/ Wesley Smith     11/14/12       By: _____
23     Wesley J. Smith, Esq.    Date          Supervisory DUSM              Date
24
25
26
27
28

-2-

INTERROGATORIES TO BE ANSWERED BY THE GARNISHEE UNDER OATH

1. Are you in any manner indebted to the Defendant(s) **Oakview Construction Inc.** either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars:

ANSWER:_____
_____
_____
_____.

2. Are you an employer of one of the Defendant(s)? If so, state the length of your pay period and the amount each Defendant presently earns during a pay period.

ANSWER:_____
_____
_____
_____.

3. Did you have in your possession, in your charge or under your control, on the date the WRIT OF GARNISHMENT was served upon you any money, property, effects, goods, chattels, rights, credits or choses in the action of the Defendant(s), or any of them, or in which Defendant(s) is/are interested? If so, state its value and state fully all particulars.

ANSWER:_____
_____
_____
_____.

4. Do you know of any debts owing to the Defendant(s), whether due or not due, or any money, property, effects, goods, chattels, rights, credits or choses in action, belonging to the Defendant(s), or any of them, or in which Defendant(s) is/are interested, and now in possession or under the control of others? If so, state particulars.

ANSWER:_____
_____
_____
_____.

///

5. State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.

ANSWER:_____
_____
_____
_____
_____.

6.      NOTE: If an employer, without legal justification, refuses to withhold the earnings of a Defendant demanded in a WRIT OF GARNISHMENT or knowingly misrepresents the earnings of the Defendant(s), the Court shall order the employer to pay the Plaintiff the amount of arrearages caused by the employer's refusal to withhold or his misrepresentation of the Defendant's earnings. In addition, the Court may order the employer to pay the Plaintiff punitive damages in an amount not to exceed $1,000 for each pay period in which the employer has, without legal justification, refused to withhold the Defendant's earnings or has misrepresented the earnings.

I _____ do solemnly swear and affirm that the answers to the foregoing interrogatories are true and correct.

State of Nevada        )
                       ) ss.
County of Clark        )

Subscribed and Sworn to before me this day of _____, 20____.

_____
Notary Public

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# Business Market Rate Savings

Account number: **1635789116** ■ July 1, 2012 - July 31, 2012 ■ Page 1 of 3



DCRE11DTWR  002366

OAKVIEW CONSTRUCTION, INC
801 E JOY ST
RED OAK IA 51566-1926

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

### Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $494.12 |
| Deposits/Credits | 100.05 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/31** | **$594.17** |
| Average ledger balance this period | $590.89 |

Account number: **1635789116**
**OAKVIEW CONSTRUCTION, INC**
Colorado account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.05 |
| Average collected balance | $590.89 |
| Annual percentage yield earned | 0.10% |
| Interest earned this statement period | $0.05 |
| Interest paid this year | $0.17 |



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 7/2 | Recurring Transfer Ref #Opec4Rsrnc From Business Checking xxxxxx5435 | 100.00 | | 594.12 |
| 7/31 | Interest Payment | 0.05 | | 594.17 |
| **Ending balance on 7/31** | | | | 594.17 |
| **Totals** | | **$100.05** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 **IMPORTANT ACCOUNT INFORMATION**

In an effort to communicate urgent account information as quickly as possible, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in September, we will send an email alert notifying you of an overdraft or insufficient funds notice in your secure online mailbox. These email alerts arrive up to three (3) days faster than paper notices, so you can resolve the situation more quickly and avoid additional fees. If you want to continue to receive notices by mail, please sign on to Online Banking, and go to "Delivery Preferences" and select "Online & U.S. Mail" next to Account Notices, or contact us at 1-800-956-4442.

# Gold Business Services Package

Account number: 5586545435 ■ July 1, 2012 - July 31, 2012 ■ Page 1 of 3



DCDE11DTMH 001902

OAKVIEW CONSTRUCTION, INC
801 E JOY ST
RED OAK IA 51566-1926

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

### Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

Business Online Banking ✓
Rewards for Business Check Card ☐
Online Statements ☐
Business Bill Pay ✓
Business Spending Report ✓
Overdraft Protection ☐

Account number: **5586545435**
**OAKVIEW CONSTRUCTION, INC**
Colorado account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $7,228.32 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 114.00 |
| **Ending balance on 7/31** | **$7,114.32** |
| Average ledger balance this period | $7,131.54 |

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Case 2:09-cv-01831-KJD-PAL   Document 166   Filed 12/26/12   Page 10 of 10

Pg 17

Account number: 5586545435 ■ July 1, 2012 - July 31, 2012 ■ Page 2 of 3


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/2 | | Recurring Transfer Ref #Opec4Rsrnc to Business Market Rate Savings xxxxxx9116 | | 100.00 | 7,128.32 |
| 7/31 | | Monthly Service Fee | | 14.00 | 7,114.32 |
| Ending balance on 7/31 | | | | | 7,114.32 |
| Totals | | | $0.00 | $114.00 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.



## IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information as quickly as possible, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in September, we will send an email alert notifying you of an overdraft or insufficient funds notice in your secure online mailbox. These email alerts arrive up to three (3) days faster than paper notices, so you can resolve the situation more quickly and avoid additional fees. If you want to continue to receive notices by mail, please sign on to Online Banking, and go to "Delivery Preferences" and select "Online & U.S. Mail" next to Account Notices, or contact us at 1-800-956-4442.